IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| PATRICIA BRITO, on behalf of herself and all others similarly situated, | ) ) ) | Case 1:20-cv-00230-ELH |
| Plaintiff | ) ) | |
| v. | ) ) | |
| MAJOR ENERGY ELECTRIC SERVICES, LLC, | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO DISMISS**

Defendant Major Energy Electric Services, LLC ("Major Energy") moves this Court to dismiss the above-captioned action with prejudice pursuant to Rules 12(b)(1), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure and states the following in support:

1. In her Amended Complaint (ECF No. 20), Plaintiff Patricia Brito has attempted to assert claims against Major Energy for violation of the Maryland Consumer Protection Act (the "MCPA"), unjust enrichment, fraud, and negligent misrepresentation on her own behalf and on behalf of a putative nationwide class and a putative Maryland subclass.

2. Brito's claims are subject to dismissal for lack of subject-matter jurisdiction pursuant to Rule 12(b)(1) because Brito failed to exhaust her administrative remedies in the Maryland Public Service Commission (the "Commission") before filing suit..

3. Brito's claims are subject to dismissal for improper venue pursuant to Rule 12(b)(3) because the claims are governed by Major Energy's Terms & Conditions, which contain a class action waiver and dispute resolution provision, mandating that all disputes be resolved in arbitration or before the Commission.

4. Brito's claims are subject to dismissal for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) because Brito has not pled sufficient facts to state a plausible claim for relief.

5. First, Brito's MCPA claim fails as a matter of law because Brito has not sufficiently alleged that Major Energy engaged in unfair or deceptive conduct or a causal link between the complained-of conduct and her purported injury.

6. Second, Brito's unjust enrichment claim fails as a matter of law because: Brito's claims are governed by Major Energy's Terms & Conditions; Brito has not adequately pled how Major Energy was allegedly unjustly enriched; and Brito fails to identify the rules and regulations upon which she attempts to premise this claim.

7. Third, Brito's fraud claim fails as a matter of law because Brito has failed to plead, with the requisite specificity, that Major Energy made any false representation or owed any duty to disclose a material fact. Brito also has not pled that she justifiably relied on any purportedly false representations.

8. Fourth, Brito's negligent misrepresentation claim fails as a matter of law because this claim is barred by the economic loss doctrine and Brito has failed to plead the justifiable reliance required to state a claim for relief.

9. Finally, Major Energy requests that Brito's class allegations be dismissed or stricken because Brito cannot satisfy the class certification requirements of Rule 23.

10. For these reasons and those set forth in the accompanying Memorandum of Law, which is incorporated herein by reference, and the Declaration of Kevin McMinn, Major Energy requests that the Court dismiss this action pursuant to Rules 12(b)(1), 12(b)(3), and 12(b)(6).

WHEREFORE, Major Energy respectfully requests that the Court enter an Order dismissing this action with prejudice.

July 1, 2020                                          Respectfully submitted,

/s/ *Jessica A. Glajch*
Mark A. Johnston, Esq. (Bar No. 15973)
Jessica A. Glajch, Esq. (Bar No. 20040)
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, NW, 12th Floor
Washington, DC 20006-4604
(202) 659-6600 (telephone)
(202) 659-6699 (facsimile)
mjohnston@eckertseamans.com
jglajch@eckertseamans.com

Kevin P. Allen, Esq. (*pro hac vice*)
Thomas E. Sanchez, Esq. (*pro hac vice*)
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-6000 (telephone)
(412) 566-6099 (facsimile)
kpallen@eckertseamans.com
tsanchez@eckertseamans.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on July 1, 2020, the foregoing Motion to Dismiss was electronically filed via the Court's CM/ECF system and that a copy was served on all counsel of record.

/s/ *Jessica A. Glajch*
Jessica A. Glajch, Esq.