IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICIA BRITO,
*Plaintiff*,

v.

MAJOR ENERGY ELECTRIC
SERVICES, LLC,
*Defendant*.

Civil Action No. ELH-20-0230

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is this 8th day of January, 2020, by the United States District Court for the District of Maryland, **ORDERED**:

1. Plaintiff's motion for leave to file surreplies (ECF 34) is DENIED;

2. Major's Motion to Dismiss (ECF 21) and its FAA Motion (ECF 22) are GRANTED; and

3. The Clerk is directed to CLOSE the case.

/s/
Ellen L. Hollander
United States District Judge