## United States District Court
## District Of Maryland

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

March 18, 2021

MEMORANDUM TO COUNSEL

Re: *Patricia Brito v. Major Energy Electric Services, LLC*,
Civil Action No. ELH-20-230

Dear Counsel:

The Editorial Staff at West Publishing advised me that it has selected the Court's Memorandum Opinion of January 8, 2021 (ECF 36) for publication in the Federal Supplement.

In the course of reviewing the Memorandum Opinion for purposes of print publication, I have made a handful of non-substantive, typographical corrections. The revised version will be docketed.

I reiterate that the substance of the Memorandum Opinion has not been altered. The Order issued on January 8, 2021 (ECF 37), is unchanged.

Very truly yours,

/s/

Ellen Lipton Hollander
United States District Judge